# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 20 CR 368 |
| | ) | |
| v. | ) | |
| | ) | Judge John F. Kness |
| | ) | |
| Commonwealth Edison, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Telephonic arraignment held on August 5, 2020. As reflected on the record, all parties consented to appearing by telephone under Section 15002(b)(1) of the CARES Act. Defendant acknowledged receipt and waived formal reading of the Information. Defendant further confirmed the written waiver (see Dkt. 3 at p. 1) of his right to prosecution by indictment and consented to proceeding under the Information. Consistent with Rule 10(a)(3) of the Federal Rules of Criminal Procedure, the Court asked Defendant to plead to the Information. In response to the Court's inquiry, Defendant entered a plea of not guilty. A status hearing is set for July 17, 2023 at 10:00 a.m. For the reasons stated on the record, the Court excludes time through July 17, 2023 under 18 U.S.C. § 3161(h)(2).

(T: 0:35 min)

Date: 8/5/2020   /s/ John F. Kness_____
John F. Kness
United States District Judge