UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　v.　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　) No. 20 CR 368<br>COMMONWEALTH EDISON,　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant.　　　　　　) | |

**EMERGENCY MOTION FOR LEAVE TO FILE INSTANTER**

　　　Movant, Timothy J. Hufman, through The Peacock Law Group and Joseph A. Stewart, asks this court to allow movant to file the attached motion instanter and further to grant the injunctive relief set forth in paragraphs 48 through 57 of the attached motion. For the reasons set forth therein, movant will lose significant procedural rights if the court does not immediately bar the criminal defendant from sending the payment for fine to the government, as the Deferred Prosecution Agreement anticipates, and instead order the defendant to post the funds in the clerk of the court's registry account.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　TIMOTHY J. HUFMAN, Movant

　　　　　　　　　　　　　　　　　　　THE PEACOCK LAW GROUP
　　　　　　　　　　　　　　　　　　　　On behalf of Movant,

　　　　　　　　　　　　　　　　　　　By: s/ Joseph A. Stewart
　　　　　　　　　　　　　　　　　　　　　JOSEPH A. STEWART
　　　　　　　　　　　　　　　　　　　　　Principal Attorney
　　　　　　　　　　　　　　　　　　　　　150 North Michigan Avenue
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　　　　　　　　　(312) 741-1070
　　　　　　　　　　　　　　　　　　　　　joseph.stewart@thepeacocklawgroup.com